FILED

JAN 07 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | SUPERSEDING INDICTMENT |
| | ) | |
| Plaintiff, | ) | JUDGE PHILIP J. CALABRESE |
| | ) | |
| v. | ) | CASE NO.___1:24CR231_____ |
| | ) | Title 18, United States Code, |
| CHARIECE CHEW, | ) | Sections 922(a)(6) and 2, |
| KATHRYN COE, | ) | 922(g)(1), 924(a)(8), 932(b)(1) |
| | ) | and (c)(1) |
| Defendants. | ) | |

COUNT 1
(Straw Purchasing of Firearms, 18 U.S.C. §§ 932(b)(1) and (c)(1))

The Grand Jury charges:

1.      On or about February 22, 2024, in the Northern District of Ohio, Eastern

Division, Defendants CHARIECE CHEW and KATHRYN COE did knowingly conspire in the

purchase of two firearms, to wit: a Romarm Micro Draco pistol, bearing serial number 23PMD-

49070, and a Romarm Micro Draco pistol, bearing serial number 23PMD-48829, in or otherwise

affecting interstate or foreign commerce for, on behalf of, and at the request or demand of

CHARIECE CHEW, knowing he had previously been convicted in any court of a crime

punishable by imprisonment for a term exceeding one year, that being:  Possession with Intent to

Distribute Methamphetamine, on or about March 20, 2019, in Case Number 3:18-CR-198, in

Federal District Court, Northern District of California; in violation of Title 18, United States

Code, Section 932(b)(1) and (c)(1).

<u>COUNT 2</u>
(Making a False Statement in Acquisition of Firearms, 18 U.S.C. §§ 922(a)(6) and 2)

The Grand Jury further charges:

2.      On or about February 22, 2024, in the Northern District of Ohio, Eastern

Division, Defendants CHARIECE CHEW and KATHRYN COE, in connection with the

acquisition of firearms, to wit: a Romarm Micro Draco pistol, bearing serial number 23PMD-

49070, and a Romarm Micro Draco pistol, bearing serial number 23PMD-48829, from Cleveland

Armory, 9100 Bank Street, Cleveland, Ohio, a federally licensed dealer of firearms, aiding and

abetting each other, did knowingly make and caused to be made false and fictitious statements,

intended and likely to deceive said dealer with respect to facts material to the lawfulness of the

sale and acquisition of said firearms under the provisions of Chapter 44, Title 18 of the United

States Code, in that CHARIECE CHEW and KATHRYN COE, aiding and abetting each other

did knowingly state and represent on Federal Firearms Transaction Records, those are, ATF

Forms 4473, that KATHRYN COE was the actual buyer of said firearms, when in fact, she was

not the actual buyer of the firearms, in violation of Title 18, United States Code, Sections

922(a)(6) and 2.


<u>COUNT 3</u>
(Felon in Possession of Firearms, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

3.      On or about February 22, 2024, in the Northern District of Ohio, Eastern

Division, Defendant CHARIECE CHEW, knowing he had previously been convicted of a crime

punishable by imprisonment for a term exceeding one year, that being: Possession with Intent to

Distribute Methamphetamine, on or about March 20, 2019, in Case Number 3:18-CR-198, in

Federal District Court, Northern District of California, knowingly possessed in and affecting

2

interstate commerce firearms, to wit: a Romarm Micro Draco pistol, bearing serial number

23PMD-49070, and a Romarm Micro Draco pistol, bearing serial number 23PMD-48829, said

firearms having been shipped and transported in interstate commerce, in violation of Title 18,

United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 4
(Straw Purchasing of Firearms, 18 U.S.C. §§ 932(b)(1) and (c)(1))

The Grand Jury further charges:

4.      On or about February 29, 2024, in the Northern District of Ohio, Eastern

Division, Defendants CHARIECE CHEW and KATHRYN COE did knowingly conspire in the

purchase of two firearms, to wit: a Romarm Micro Draco pistol, bearing serial number 23PMD-

46205, and a Romarm Mini Draco pistol, bearing serial number 22PG-7029, in or otherwise

affecting interstate or foreign commerce for, on behalf of, and at the request or demand of

CHARIECE CHEW, knowing he had previously been convicted in any court of a crime

punishable by imprisonment for a term exceeding one year, that being:  Possession with Intent to

Distribute Methamphetamine, on or about March 20, 2019, in Case Number 3:18-CR-198, in

Federal District Court, Northern District of California, in violation of Title 18, United States

Code, Section 932(b)(1) and (c)(1).

## COUNT 5
(Making a False Statement in Acquisition of Firearms, 18 U.S.C. §§ 922(a)(6) and 2)

The Grand Jury further charges:

5.      On or about February 29, 2024, in the Northern District of Ohio, Eastern

Division, Defendants CHARIECE CHEW and KATHRYN COE, in connection with the

acquisition of firearms, to wit: to wit: a Romarm Micro Draco pistol, bearing serial number

23PMD-46205, and a Romarm Mini Draco pistol, bearing serial number 22PG-7029, from

Parma Gun Shop, 5907 State Road, Parma, Ohio, a federally licensed dealer of firearms, aiding

and abetting each other, did knowingly make and caused to be made false and fictitious

statements, intended and likely to deceive said dealer with respect to facts material to the

lawfulness of the sale and acquisition of said firearms under the provisions of Chapter 44, Title

18 of the United States Code, in that CHARIECE CHEW and KATHRYN COE, aiding and

abetting each other did knowingly state and represent on Federal Firearms Transaction Records,

those are, ATF Forms 4473, that KATHRYN COE was the actual buyer of said firearms, when

in fact, she was not the actual buyer of the firearms, in violation of Title 18, United States Code,

Sections 922(a)(6) and 2

## COUNT 6
(Felon in Possession of Firearms, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

6.      On or about February 29, 2024, in the Northern District of Ohio, Eastern

Division, Defendant CHARIECE CHEW, knowing he had previously been convicted of a crime

punishable by imprisonment for a term exceeding one year, that being: Possession with Intent to

Distribute Methamphetamine, on or about March 20, 2019, in Case Number 3:18-CR-198, in

Federal District Court, Northern District of California, knowingly possessed in and affecting

interstate commerce firearms, to wit: a Romarm Micro Draco pistol, bearing serial number

23PMD-46205, and a Romarm Mini Draco pistol, bearing serial number 22PG-7029, said

4

firearms having been shipped and transported in interstate commerce, in violation of Title 18,

United States Code, Sections 922(g)(1) and 924(a)(8).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government

Act of 2002.